# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICK DAVIS,            )
                         )
              Plaintiff,     )    3:17-cv-00174-CB-KAP
                         )
          v.             )    Judge Cathy Bissoon
                         )    Magistrate Judge Keith A. Pesto
JANET PEARSON, *et al.*,   )
                         )
            Defendants.    )

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Magistrate Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 25, 2024, the Magistrate Judge issued a Report (Doc. 103) recommending that Defendants' Motions for Summary Judgment (Doc. 86 and Doc. 90) be granted.  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections.  Doc. 104.

After a de novo review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:  Defendants' Motions for Summary Judgment (Doc. 86 and Doc. 90) are **GRANTED**, and the Magistrate Judge's R&R (Doc. 103) is adopted as the Opinion of the District Court.[1]

---

[1]  On page 4 of the R&R, in the second paragraph from the bottom, "April 24, 2024" is amended to read, "April 24, 2017."

IT IS SO ORDERED.


October 29, 2025                                    s/Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via ECF email notification):

All Counsel of Record